UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY MACKALL

    Plaintiff,

v.                                      Case No. 05-71416
                                        Honorable Victoria A. Roberts
                                        Magistrate Mona K. Majzoub

BETH DAVIS

    Defendant.
_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On November 8, 2005, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation [Doc. 17] recommending that the Court Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted and dismiss Defendant's Motion to dismiss or for revocation of pauper status [Doc. 11] and Motion to extend time [Doc. 16] as moot.

Because the Court has not received objections from either party within the time frame provided for in 28 USC § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.  The Court, therefore, **DISMISSES** Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

1

**IT IS SO ORDERED.**

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: November 22, 2005

| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 22, 2005.<br><br>s/Linda Vertriest<br>Deputy Clerk |
|---|